UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DORIAN DAVIS,

        Plaintiff,                   No. CIV S-01-0549 LKK PAN P

   vs.

L. GRAVES, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

        Dorian Davis, inmate # K-78041, a necessary and material witness in proceedings in this case on November 13, 2006, is confined in Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, California 93960-1020, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Salinas Valley State Prison, November 13, 2006, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, California 93960-1020:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  September 28, 2006.

                                                              UNITED STATES MAGISTRATE JUDGE