1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DORIAN DAVIS,

11            Plaintiff,              No. CIV S-01-0549 LKK EFB P

12        vs.

13   L. GRAVES, et al.,              _____

14            Defendants.            ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

17   rights action pursuant to 42 U.S.C. § 1983.  Pursuant to court order, this matter came on for trial

18   confirmation hearing on November 13, 2006.  Dorian Davis, plaintiff, was present.  David

19   Carrasco, Deputy Attorney General, appeared as counsel for defendant.

20            After hearing, THE COURT MADE THE FOLLOWING ORDER AND

21   ANNOUNCED IT TO THE PARTIES IN OPEN COURT:

22            1.  As plaintiff failed to follow the rules regarding obtaining witnesses for trial,

23   there will be no witnesses other than plaintiff.  Therefore, plaintiff's request for witness

24   subpoenas is denied.

25            2.  Plaintiff's requests for counsel and an investigator are denied.

26   /////

1

1            3.  Defendants' request to allow the custodian of record to appear by declaration is

2   granted.

3            4.  Trial is set for February 13, 2007, at 10:30 a.m. in Courtroom 4.

4   Dated: December 1, 2006.

5

6

7                                    _____
                                     LAWRENCE K. KARLTON
8                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26